**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 02-6421**

_____

JAMES A. FILMORE,

Plaintiff - Appellant,

versus

MRS. JETTER, Sheriff Deputy; MR. MASEY,
Sheriff Deputy; MR. GOODY, Sheriff Deputy; MR.
PARKER, Sheriff Deputy,

Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria. James C. Cacheris, Senior
District Judge. (CA-02-166-AM)

_____

Submitted: April 25, 2002          Decided: May 8, 2002

_____

Before WILLIAMS and KING, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

James A. Filmore, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

James A. Filmore appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2001) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Filmore v. Jetter, No. CA-02-166-AM (E.D. Va. filed Feb. 13, 2002 & entered Feb. 14, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED